UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00694-BR

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| RONALD L. CHAPMAN, et al., | ) | |
| | ) | |
| Defendants | ) | |

This matter is before the court on plaintiff's *pro se* motion to "suspend" this case pending appeal. With the Fourth Circuit Court of Appeals having recently dismissed plaintiff's appeal and the mandate having issued, the motion is DENIED as moot.

This 14 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge