UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00694-BR

| | |
|---|---|
| RANDY L. THOMAS, ) | |
| and as father, next of friend, natural guardian, ) | |
| and on behalf of A.T.T., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| RONALD CHAPMAN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the 19 February 2013 Memorandum and Recommendation of U.S. Magistrate Judge James E. Gates ("M&R") recommending that this action be dismissed because the complaint fails to state a claim upon which relief may be granted and that all pending motion be denied as moot. (DE # 33.) Plaintiffs had until 5 March 2013 to file written objections to the M&R. (Id. at 7.) Plaintiffs did not file any objection by this date. On 19 March 2013, plaintiffs filed a motion to "enjoin defendants." (DE # 34.) Out of an abundance of caution, the court will consider this filing as lodging objection to the M&R, and therefore, the court undertakes a *de novo* determination of the M&R, see 28 U.S.C. § 636(b)(1). The court hereby adopts the M&R as its own. All pending motions are DENIED as moot, and this case is DISMISSED. The CLERK is DIRECTED to close the case.

This 22 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge