UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00694-BR

| | |
|---|---|
| RANDY L. THOMAS, and as father, next of friend, natural guardian, and on behalf of A.T.T., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RONALD CHAPMAN, et al., | ) ) |
| Defendants. | ) |

ORDER

This matter is before the court on plaintiffs' various motions filed since the court dismissed this case because the complaint fails to state a claim upon which relief may be granted. (DE ## 43, 45, 56.) Plaintiff Randy L. Thomas appealed the order dismissing the case, and the Fourth Circuit Court of Appeals recently dismissed the appeal for failure to prosecute. (DE # 57.) Plaintiffs' motions are DENIED as moot.

This 9 July 2013.

_____
W. Earl Britt
Senior U.S. District Judge